**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAVIER DELGADO-TORRES, | No. 06-70546 |
| Petitioner, | Agency No. A092-208-782 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM * |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 17, 2009 **

Before:     ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Javier Delgado-Torres, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order dismissing his appeal from an

---

\*     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*     The panel unanimously finds this case suitable for decision without
oral argument.  *See* Fed. R. App. P. 34(a)(2).

LA/Research

immigration judge's decision denying his application for a waiver of inadmissibility. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary decision to deny Delgado-Torres a waiver of inadmissibility under § 212(h) of the Immigration and Naturalization Act. *See Mejia v. Gonzales,* 499 F.3d 991, 999 (9th Cir. 2007) (holding that 8 U.S.C. § 1252(a)(2)(B)(i) precludes the court from reviewing the agency's decision under § 212(h)).

Delgado-Torres' contention that the agency deprived him of due process by misapplying the law to the facts of his case is not supported by the record and does not state a colorable due process claim. *See Bazua-Cota v. Gonzales,* 466 F.3d 747, 749 (9th Cir. 2006) (per curiam).

**PETITION FOR REVIEW DISMISSED**.